**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00685-CV

**JUAN F. QUINTANILLA, Appellant**

**V.**

**BAXTER PAINTING, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13607**

## ORDER

Appellee Baxter Painting, Inc.'s March 26, 2015 motion for damages, in which it asks the

Court to impose damages against appellant for filing a frivolous appeal, is **DENIED**.

/s/     ADA BROWN
        JUSTICE